CHARLES TRUDRUNG TAYLOR (State Bar No. 127105)
  ctt@lrplaw.net
ANA DE ALBA (State Bar No. 253917)
  ada@lrplaw.net
**LANG, RICHERT & PATCH**
POST OFFICE BOX 40012
FRESNO, CA 93755-0012
TELEPHONE:   559.228.6700
FACSIMILE:   559.228.6727

Attorneys for Plaintiff RAQUEL BRYANT

JOHN G. YSLAS CA Bar No. 187324
  jyslas@foley.com
JEREMY C. WOODEN CA Bar No. 253088
  jwooden@foley.com
NAN CHEN CA Bar No. 268991
  nchen@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:   213.972.4500
FACSIMILE:   213.486.0065

Attorneys for Defendant SPECTRUM BRANDS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL BRYANT, an individual,<br><br>           Plaintiff,<br><br>      v.<br><br>SPECTRUM BRANDS, INC., a Wisconsin corporation; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No: 1:11-CV-01346-LJO-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR EXPERT DISCOVERY AND PRETRIAL CONFERENCE** |

## **STIPULATION**

WHEREAS, Defendant Spectrum Brand's ("Defendant") motion for summary judgment is presently pending before this Court in which the Court took the hearing previously scheduled for September 11, 2012 off calendar and will decide the matter without oral argument,

1

STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY AND PRETRIAL CONFERENCE
CASE NO. 1:11-CV-01346-LJO-DLB

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Defendant believes the motion for summary judgment should be granted and conclude this matter, and Plaintiff believes the motion should be denied and the matter should proceed, and among other things, the parties would like to avoid unnecessary costs,

WHEREAS, Plaintiff and Defendant believe that if summary judgment is not granted and this matter proceeds, the expert discovery deadline currently set for October 5, 2012, should be extended to October 19, 2012 in consideration of several issues including scheduling, the pending summary judgment motion and other considerations as set forth in the accompanying declaration by Mr. Yslas,

WHEREAS counsel for Defendant has a conflict regarding the Pretrial Conference date, currently set for October 26, 2012 as set forth in the accompanying declaration by Mr. Yslas.

The parties through their undersigned counsel, hereby stipulate to the following:

1. The deadline to conduct expert discovery shall be extended to October 19, 2012.
2. The Pretrial Conference, currently set for October 26, 2012, shall be continued to November 1, 2012 at 8:30 a.m. in Courtroom 4 before Judge O'Neill.
3. The filing of parties' Pretrial Statements shall be due on October 26, 2012.
4.

Dated: September 14, 2012     **LANG, RICHERT & PATCH, P.C.**
CHARLES TRUDRUNG TAYLOR
ANA DE ALBA

By: /s/ Charles Trudrung Taylor
    CHARLES TRUDRUNG TAYLOR
    Attorneys for Plaintiff RAQUEL BRYANT

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 14 , 2012

**FOLEY & LARDNER LLP**
JOHN G. YSLAS
JEREMY C. WOODEN
NAN CHEN


By: /s/ John G. Yslas
    JOHN G. YSLAS
    Attorneys for Defendant SPECTRUM BRANDS, INC.,

## ORDER

The matter having come before this Court on stipulation of the parties, the Court having considered the parties' stipulation and all of the files and records in this matter, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The deadline to conduct expert discovery shall be extended to October 19, 2012.
2. The Pretrial Conference, currently set for October 26, 2012, shall be continued to November 1, 2012 at 8:30 a.m. in Courtroom 4 before Judge O'Neill.
3. The filing of parties' Pretrial Statements shall be due on October 26, 2012.

Dated: **September 17, 2012**        **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com