**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RAQUEL BRYANT,

Plaintiff,

vs.

SPECTRUM BRANDS, INC.,

Defendant.
_____________________________________/

CASE NO. CV F 11-1346 LJO DLB

**ORDER TO DISMISS AND TO CLOSE ACTION**
(Doc. 44.)

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated: November 2, 2012**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE